# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 7:24-cr-690 |
| | § | |
| ARNULFO HINOJOSA, JR. | § | |

### NOTICE OF INTENT TO PLEAD GUILTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ARNULFO HINOJOSA, JR., Defendant in this case, by and through his undersigned attorney, and respectfully files this notice of intent to plead guilty to the indictment and respectfully requests that a re-arraignment hearing be scheduled at the Court's convenience.

Respectfully submitted,

*s/Christopher Sully*

CHRISTOPHER SULLY
Attorney-in-Charge
Co-Counsel for ARNULFO HINOJOSA, JR.
Southern District of Texas 1119552
Texas State Bar No. 24072377
LAW OFFICE OF CHRIS SULLY
5804 N. 23rd St.
McAllen, TX 78504
Tel.: (956) 413-7271
Fax: (888) 990-1525

csully@sullylaw.com

## CERTIFICATE OF SERVICE

On 7/22/24, this notice was served on all counsel of record via ECF.

*s/Christopher Sully*
CHRISTOPHER SULLY