United States District Court
Southern District of Texas
**ENTERED**
October 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:24-CR-690 |
| | § | |
| ARNULFO HINOJOSA, JR. | § | |

### ORDER RESETTING *SUA SPONTE* SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for October 16, 2024) is hereby reset *sua sponte* for sentencing on October 30, 2024, at 10:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED October 10, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge